**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUSAN THORNHILL,

      Plaintiff,

v.                                    CASE NO:  8:04-CV-1911-T-30TBM

PRISON HEALTH SERVICES, INC. and
MANATEE COUNTY SHERIFF'S OFFICE,

      Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon the Stipulation for Dismissal With Prejudice of Defendant PRISON HEALTH SERVICES, INC. (Dkt. #63) and Plaintiff's Motion for Remand (Dkt. #64).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      The Stipulation for Dismissal With Prejudice of Defendant PRISON HEALTH SERVICES, INC. (Dkt. #63) is APPROVED.

2.      The Clerk is directed to terminate PRISON HEALTH SERVICES, INC. as a party in this action.

3.      Plaintiff's  Motion for Remand (Dkt. #64) is **GRANTED**.  The Clerk of this Court is directed to **remand** this case to the Circuit Court for the Twelfth Judicial Circuit in and for Manatee County, Florida.  The Clerk is also directed to forward a certified copy of this Order to that Court.

4.      The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of Record

*F:\Docs\2004\04-cv-1911.remand 64.wpd*